```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00269 AWI
                                 )
12              Plaintiff,       )  STIPULATION AND
                                 )  ORDER FOR CONTINUANCE OF STATUS
13  v.                           )  CONFERENCE
                                 )
14  MOHAMMAD MICHAEL ODEH, and   )
    NICOLE PEREZ,                )
15                               )
                Defendants.      )
16  ─────────────────────────────)
```

17   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19 Attorney and Mark Broughton, attorney for Mohammad Michael Odeh, and
20 Anthony Capozzi, attorney for Nicole Perez, that the status
21 conference set for June 11, 2012 be continued to July 23, 2012 at
22 1:00 p.m.  The parties need additional time for further investigation
23 and to engage in plea negotiations.  The case involves extensive
24 discovery, including reports and recordings of over 40
25 witness/defendant interviews.  The parties have been engaged in
26 discussions continuously throughout the pendency of these
27 proceedings, however, within the past week, an obstacle to resolution
28 seems to have been removed and the parties need additional time to

1

finalize an agreeable disposition.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 8, 2012                     Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                   By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 8, 2012                     /s/ Mark Broughton
                                        MARK BROUGHTON
                                        Attorney for Mohammad Michael Odeh

Dated: June 8, 2012                     /s/ Anthony Capozzi
                                        ANTHONY CAPOZZI
                                        Attorney for Nicole Perez

IT IS SO ORDERED.

Dated:    **June 8, 2012**                     **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE