```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00269 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER FOR SCHEDULING OF CHANGE |
| v. | ) OF PLEA HEARING |
| MOHAMMAD MICHAEL ODEH, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Broughton, attorney for Mohammad Michael Odeh, that a status conference currently set for July 23, 2012 before the Honorable Dennis L. Beck, U.S. Magistrate Judge, at 1:00 p.m. be vacated. The parties further request that the case be set for a ///

///
///
///
///
///
///

change of plea before the Honorable Anthony W. Ishii, Chief U.S. District Court Judge, on Monday, July 23, 2012 at 1:30 p.m.

Dated: July 20, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By  /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: July 20, 2012                    /s/ Mark Broughton
                                        MARK BROUGHTON
                                        Attorney for Mohammad Michael Odeh

IT IS SO ORDERED.

**Dated:   July 20, 2012**                    **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE